UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERCY RUCKER,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>HOWMEDICA OSTEONICS CORP. d/b/a STRYKER ORTHOPAEDICS,<br><br>                    Defendant(s). | Case No.  3:13-cv-1559-RS<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO STAY PROCEEDINGS PENDING RULING BY MDL PANEL |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

After consideration of Plaintiff Percy Rucker and Defendant Howmedica Osteonics Corp (sued as Howmedica Osteonics Corp. d/b/a Stryker Orthopaedics)'s Joint Stipulation to Stay Proceedings Pending Ruling by MDL Panel, and good cause appearing, it is hereby ordered that the Joint Stipulation is **GRANTED**.  All proceedings in this action are hereby stayed and all current deadlines are vacated pending the Judicial Panel on Multidistrict Litigation's decision on the pending transfer request.

**IT IS SO ORDERED.**

Dated: ___5/7/13_____

_____
The Honorable Richard Seeborg

**1**